1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8

9    RENE BRAVO,                          )
                                          )        3:09-cv-00312-LRH-RAM
10                  Plaintiff,            )
                                          )        ORDER
11   vs.                                  )
                                          )
12   UNITED STATES OF AMERICA,            )
                                          )
13                  Defendant.            )
     _____)

14

15         The Court has considered the Report and Recommendation of U.S. Magistrate Judge

16   Robert A. McQuaid, Jr. (#4) entered on September 8, 2009, in which the Magistrate Judge

17   recommends that the instant action be dismissed without prejudice for failure to comply with

18   Order (#3) in a timely manner.  The Court has considered the pleadings and memoranda and

19   other relevant matters of record and has made a review and determination in accordance with the

20   requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court

21   hereby

22         ADOPTS AND ACCEPTS the recommendation of the U.S. Magistrate Judge (#4);

23   therefore, this action is dismissed without prejudice for failure to comply with court Order (#3)

24   and the Clerk of the Court shall enter judgment accordingly.

25         IT IS SO ORDERED.

26         DATED this 15th day of October, 2009.

27

28                                              _____
                                                LARRY R. HICKS
                                                UNITED STATES DISTRICT JUDGE