AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

RENE BRAVO,

      Plaintiff,

V.

UNITED STATES OF AMERICA, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00312-LRH-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for failure to comply with court Order (#3).

  October 16, 2009                                      **LANCE S. WILSON**
                                                                   Clerk

                                                                      /s/ D. R. Morgan
                                                                      Deputy Clerk